ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Filanc-Orion, JV | ) | ASBCA Nos. 63730, 63888 |
| | ) | 63928, 63979 |
| | ) | |
| Under Contract No. N62473-12-C-5032 | ) | |

APPEARANCE FOR THE APPELLANT:      Kelly A. Floyd, Esq.
  Finch, Thornton & Baird, LLP
  San Diego, CA

APPEARANCES FOR THE GOVERNMENT:      Tracey R. Rockenbach, Esq.
  Acting Navy Chief Trial Attorney
  Billy B. Ruhling, II, Esq.
  Michael S. Habashy, Esq.
  Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,500,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: July 1, 2026

DAVID D'ALESSANDRIS
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


J. REID PROUTY                                    HEIDI L. OSTERHOUT
Administrative Judge                              Administrative Judge
Acting Chairman                                   Armed Services Board
Armed Services Board                              of Contract Appeals
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 63730, 63888, 63928,
63979, Appeals of Filanc-Orion, JV, rendered in conformance with the Board's Charter.

Dated: July 1, 2026


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2